BOARD OF COM'RS OF PRATT COUNTY, KAN., v. BOSTON SAFE-DEPOSIT & TRUST CO. et al. (Circuit Court of Appeals, Eighth Circuit.) No. 904. Appeal from the Circuit Court of the United States for the District

of Kansas. Edwin A. Austin and J. C. Ellis, for appellant. Fred W. Bentley, John S. Miller, Merritt Starr, A. A. Hurd, and Robert Dunlap, for appellees. No opinion. Affirmed, per stipulation of parties, with costs against the receiver, McEntire.